IN THE United States District Court For the District of Columbia

Case: 1:17-cv-02481    F Deck
Assigned To : Unassigned
Assign. Date : 11/14/2017
Description: Pro Se Gen. Civil

Anthony RAY Jenkins
1456 Duren Farms Dr
Lithonia GA. 30058 —Plaintiff

CASE NO _____
Pro-SE CASE I.D. 3672111

Vs

State of Louisiana
Bastrop LA 71220
Office of the Clerk —Defendant
100 w. Madison Ave.
Bastrop LA. 71228
Morehouse Parish

Law Suit For 1500 Acers of Land my Grandmother People its mys. Obama Administration Found it And I am Entitle To it. my Grandmother is Everleen Brandon-Jordan-Her mother is Lottie Johnston-Brandon, Her Husban is Square Brandon From Morehouse Parish Louisiana. Claim For this Land For my kids

Come Now the Plaintiff Anthony RAY Jenkins move this Honable Court For A order. ORDering The State of Louisiana To Return this Land. To its RightFul owner. And I State. Big mama Lottie Johnson was A Register SQUAT, Native American.

NOV 1 4 2017

1

(II) As The story was Pass Down To me K.K.K. kill All of my Grand-mothers uncles There was 8 Boys The kill 7 of Them one At A Time. Then The Last one They kill Him and made The Old man sign The Deed IN The kids Blood! This Land cannot Be Sold, it cannot Be Taxed, And it cannot Be Seized. Obama Administration found this Land I want it Back, And Everything Under The Ground on Top of the Ground And I want Anyone on it Removed off it.

(III) Here is my Grand mother Family. Square Brandon Lottie Johnston -Brandom. Frist Kid is (1) Almer Brandom (2) Leroy Brandom, Etha Brandom, Isha Brandom, Lucy Brandon Litha Brandom, Everleen Brandom my Grand mother, And the Baby Girl is name, Lottie Shallottie Thipie Than Glory And matha and Brandom, Aunt Lottie name prodly is The name of Her Ansester From five or Ten Generation. I knew my Grandmother father- And He Told me That They All ways own This Land 5 or 10 Thousand Years But Always is Longer Than 5 thousand Years. when The K.K.K kill Your Ancester That is not Due Process of Law. it not Equal Protection of The Law.

(IV) My son micheal Lynn Shelton was Born when my Granfather Charlie Jenkins Died. my Dauther Marquita Jenkins was Born when my Father mother Gussie Jenkins Died. when my Son Robert Jenkins was Born Sept. 30, 1987 same Day my Father Robert Jenkins Died.

My Son Raymond A. Jenkins was Born when my Fathers oldest Brother Elish Jenkins Died, And when Antans S. Jenkins was Born A.K.K.K. Call David Jordan kill Sampy Ward, that what the middle Names S. Stands For My Grand Mother Everleen Told Me All these Kids was Going To catch Hell Because they were Replacement Kids. But if I Stuck it out with them it would All workout At The End.

I K.S.A. 38-1591 Final Decision By the Trial Court 93X-98 From the Seward County Kansas District Court is Final as to The State. 13 KAN 286 253 KAN 815, 260 KAN 838. I will Never Stop Fighting For These Kids All Or Locked up Because of The Lawsuite I Filed when They Sent me To prison. For No Reason, Left Them 10 miles out in The Country my wife Could Not Drive, they Shot michael in the Back. Face Down No Weapon Took my Land 10th cir issued Abbakment To Stop me From Filing civil Rights, Denyed me my Appeal All In violation of Due Process of Law. A persons Liberty is protected by the Constitution of the United States Even when it is A Statutory Creation of the State

Wherefore The Plaintiff Anthony Ray Jenkins Pro se one I.D 362211) move This Honable Court For A Order. Ordering the State of Louisiana To Return The Property To it Rightful Owner No person shall be deprived of life Liberty or Property without Due process of Law And By K.K.K. Killed these people That is Not Due Process of Law Anthony R. Jenkins Sept 26-2017